# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIS POINDEXTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. CIV-12-0031-F ) |
| JACK STUTEVILLE, et al., | ) ) |
| Defendants. | ) ) |

## JUDGMENT

Judgment is entered in accordance with the court's order of May 10, 2012, doc. no. 48, which dismissed the RICO claim with prejudice under Rule 12(b)(6) and dismissed all state law claims without prejudice because the court declines supplemental jurisdiction over those claims.

Dated this 29th day of May, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0031p007.wpd